# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| SCOTT ROE, | |
| Petitioner, | CIVIL ACTION NO.: 2:15-cv-82 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## O R D E R

Petitioner, an inmate at the Federal Correctional Institute in Jesup, Georgia ("FCI Jesup"), has filed an action under 28 U.S.C. § 2241. The record reflects that Petitioner has paid the requisite $5.00 filing fee.

The United States of America is not a proper party in Petitioner's action. The only proper respondent is the inmate's immediate custodian - the warden of the facility where the inmate is confined. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004). As J.V. Flournoy is the Warden at the FCI Jesup, the Clerk is AUTHORIZED and DIRECTED to change the name of the respondent to J.V. Flournoy, Warden, upon the docket and record of this case.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i).

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

While this action is pending, Petitioner **shall** immediately inform this Court in writing of any change of address.  Failure to do so will result in dismissal of this case..

**SO ORDERED**, this 29th day of July, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA